■ CLIFFORD W. MORGAN, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 36380.)— Judgment unanimously reversed on the law and facts and a new trial granted, without costs of this appeal to either party. Memorandum: The evidence of value is unsatisfactory and that question should be further explored. (Appeal from judgment of Court of Claims for claimant on a claim for damages for permanent appropriation of realty.) Present— Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ JOHN KLEINHANS, Doing Business as INTERBORO COMPANY, Respondent-Appellant, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 34322.)— Judgment unanimously modified on the law and facts, as follows: insofar as the judgment awards the sum of $8,750 and interest to claimant it is reversed and the claim therefor is dismissed, and, as so modified, judgment affirmed, without costs of these appeals to either party. Certain findings of fact disapproved and reversed and new findings made. Memorandum: The record fails to show that the delay because of strikes and labor difficulties resulted from the State of New York's failure to co-ordinate the work of the various contractors or from any improper act or unreasonable failure to act on the part of the State. The award of $8,750 and interest because of such delay must be reversed and the claim therefor dismissed. (Cross appeals from that part of a judgment of the Court of Claims which makes an award to claimant on its second and third causes of action, for alleged delay caused by a labor strike.) Present— Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ In the Matter of SHERWOOD IDE, JR., et al., Appellants, v. GEORGE J. PFEIFFER et al., Constituting the Municipal Civil Service Commission of the City of Buffalo, Respondents.— Final order unanimously affirmed, without costs of this appeal to any party. (Appeal from final order of Erie Special Term dismissing the petition.) Present— Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ In the Matter of GLORIA M. WINSPEAR, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Determination unanimously confirmed, without costs. (Review of determination of respondent suspending petitioner's driver's license for 30 days, transferred by Erie Special Term.) Present— Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ FRANCIS J. GUARIGLIA, as a Taxpayer of the Enlarged City School District of the City of Auburn, Appellant, v. FRANK L. DE FURIO et al., Constituting the Board of Education of the Enlarged City School District of the City of Auburn, et al., Respondents.— Judgment and order unanimously affirmed, without costs of this appeal to any party. (Appeal by plaintiff from judgment and order of Cayuga Special Term dismissing the amended complaint.) Present— Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ In the Matter of the PEOPLE OF THE STATE OF NEW YORK, Appellant, v. WILLIAM J. DEE, Respondent.— Order reversed and a new trial granted. Memorandum: The determination of Jefferson Children's Court is against the weight of evidence. All concur, except Bastow, J., who dissents and votes to affirm. (Appeal from order of Jefferson Children's Court dismissing the complaint in a filiation proceeding.) Present— Williams, P. J., Bastow, Halpern and Henry, JJ.